UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | Case No.:  1:22-CR-21 |
| v.                        ) | JUDGE JONES |
| ) | |
| GUY BENJAMIN BOWMAN ) | |

### UNITED STATES' SUMMARY OF WITNESS TESTIMONY

To the extent it may be considered expert testimony (although the United States does not concede that it is), the United States provides this summary of testimony from Special Agents employed by the Drug Enforcement Administration ("DEA") concerning investigative techniques utilized in connection with this case, as well as various aspects of drug enforcement and drug investigations.

DEA Special Agent Brian Snedeker will testify concerning various aspects of drug enforcement and drug investigations.  S.A. Snedeker has received extensive training in aspects of drug enforcement and investigations and has worked on many complex drug investigations and debriefed hundreds of drug traffickers during his 31-year career with DEA.  Based upon this training and experience, S.A. Snedeker will testify about the specifics of this case as it relates to the distribution of controlled substances, distribution quantities of controlled substances, personal use quantities of controlled substances, "crystal ice" methamphetamine, performing a field test on substances seized during investigations, packaging of controlled substances for redistribution, controlled substances

Page **1** of **4**

acquired during undercover controlled transactions, and controlled substances seized in connection with this investigation, among other specifics related to the investigation of this case and his involvement in the investigation.

More specifically, S.A. Snedeker will testify:

1. During the execution of a federal search warrant on March 22, 2022, approximately 967.8 grams of methamphetamine was seized from a search of Defendant's residence, located at 9381 Partridge Drive, Meadowview, Va.

2. The quantity recovered—approximately 967.8 grams—from the Lugz shoebox found in the floorboard of the Mercedes SUV in the driveway of the residence is consistent with distribution weight drug quantities, not personal use quantities. The packaging used to contain the methamphetamine—three large vacuum-sealed bags—is also indicative of distribution weight drug quantities.

3. The homes of drug dealers often contain items commonly used or associated with the distribution of controlled substances, to include scales, vacuum heat sealers and bags, and drug ledgers.

4. The substance recovered was consistent with crystal ice methamphetamine, based upon its crystalline, clear, rock-like or "shard" properties.

5. S.A. Snedeker utilized a field test kit to preliminarily determine the nature of the substance; the field test kit indicated the substance was methamphetamine.

6. Methamphetamine is a Schedule II controlled substance.

7. A small amount of crystal ice methamphetamine found within the residence—0.297 grams packaged in a tiny bag corner—was consistent with personal use or smaller weight distribution quantities.

8. Drug dealers are often in possession of large amounts of United States currency in various denominations, which is also indicative of drug distribution.

9. Drug dealers are often in possession of multiple cellular phones, sometimes referred to as "burners," due to the frequency with which drug dealers "drop" or change cell phone numbers to avoid law enforcement detection.

10. Drug dealers often utilize numerous individuals in connection with their drug distribution enterprises or conspiracies, to more quickly distribute controlled substances. These individuals are often provided drugs to sell on consignment, sometimes called "fronted," with the expectation that drugs will be sold, and the money collected will be returned to the drug dealer at a later time.

11. Drug dealers often have their sources of supply located out-of-state and utilize various methods to import controlled substances, to include out-of-state travel and shipment through the mails by common carriers. It is not uncommon for drug dealers to utilize multiple mailing addresses for shipments of controlled substances to avoid law enforcement detection.

12. Drug dealers often utilize numerous vehicles to transport and distribute controlled substances to avoid law enforcement detection.

The above summary is based upon S.A. Snedeker's extensive training and experience over his 31-year career with DEA and involvement in hundreds of drug investigations. A copy of S.A. Snedeker's Statement of Qualifications was previously produced pursuant to discovery, along with copies of his written reports pertaining to this investigation.

Respectfully submitted, this the 24th day of June, 2022.

>CHRISTOPHER R. KAVANAUGH
>United States Attorney
>Western District of Virginia
>
>By: s/ *M. Suzanne Kerney-Quillen*
>M. Suzanne Kerney-Quillen
>Special Assistant United States Attorney
>Virginia Bar No. 66633
>United States Attorney's Office
>180 West Main Street, Suite B19
>Abingdon, Virginia 24210
>276-628-4161
>276-628-7399
>USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, a copy of the foregoing was filed in the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy of the pleading will also be hand-delivered to the Abingdon Regional Jail for hand-delivery to Defendant Guy Bowman. Parties may access this filing through the Court's electronic filing system.

>By: s/ *M. Suzanne Kerney-Quillen*
>M. Suzanne Kerney-Quillen
>Special Assistant United States Attorney